DONALD SCHANBARGER, Appellant, v. ROBERT KELLOGG et al., Defendants, and DAVID GARVEY et al., Respondents.—

Order affirmed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.